No. — – —. PHILLIPS *v.* CITY OF THOMASTON ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–229. DEWITT *v.* FOLEY, SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES. D. C. N. D. Cal. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–244 (92–5794). COTTAM *v.* LUZERNE COUNTY CHILDREN AND YOUTH SERVICES. Sup. Ct. Pa. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1119. IN RE DISBARMENT OF O'HARA. Disbarment entered. [For earlier order herein, see 504 U. S. 904.]

No. D–1130. IN RE DISBARMENT OF BANDY. Disbarment entered. [For earlier order herein, see 504 U. S. 954.]

No. D–1131. IN RE DISBARMENT OF BRITTON. Disbarment entered. [For earlier order herein, see 504 U. S. 969.]

No. D–1132. IN RE DISBARMENT OF KAISER. Disbarment entered. [For earlier order herein, see 504 U. S. 969.]

No. D–1133. IN RE DISBARMENT OF SNYDER. Disbarment entered. [For earlier order herein, see 504 U. S. 969.]

No. D–1142. IN RE DISBARMENT OF SHAUGHNESSY. Robert William Shaughnessy, of Miami, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 29, 1992 [505 U. S. 1217], is hereby discharged.

No. D–1148. IN RE DISBARMENT OF TREVASKIS. It having been reported to the Court by John Rogers Carroll, of Media, Pa., that John P. Trevaskis, Jr., has died, the rule to show cause, heretofore issued on August 18, 1992 [505 U. S. 1238], is hereby discharged.